**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHELLE STRICKLAND,

    Plaintiff,

v.                                          Case No. 6:22-cv-783-WWB-LHP

GRANADA PLACE, LLC,

    Defendant.
_____

## ORDER

THIS CAUSE is before the Court on Plaintiff's Stipulation of Voluntary Dismissal Without Prejudice as to Defendant Granada Place, LLC (Doc. 12). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida on August 8, 2022.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record